# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK R. MILLER

v.

DAN PACHOLKE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5138BHS/JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That the Court **ADOPTS** the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 19), Petitioner's objections (Dkt. 20) are **OVERRULED**, and the petition for writ of habeas corpus (Dkt. 5) is **DENIED**.


| July 18, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk