UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK R. MILLER,

    Petitioner,

v.

DAN PACHOLKE,

    Respondent.

Case No. C08-5138BHS

ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILTY

This matter comes before the Court on Petitioner's motion for certificate of appealability (Dkt. 23). The Court has considered pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

**I. PROCEDURAL BACKGROUND**

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. 5. Petitioner's sole ground for relief is ineffective assistance of counsel. *Id.* at 10. Petitioner contends that he was denied effective assistance of counsel by his trial counsel's failure to call the victim's sister and mother as witnesses. *Id.* at 10-11, 14-15.

On July 17, 2008, the Court adopted the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 19), recommending denial of the petition over Petitioner's objections. Dkt. 21. Specifically, the Court agreed with the Report and Recommendation's determination that Petitioner raised no factual disputes

ORDER - 1

warranting an evidentiary hearing and that Petitioner failed to establish any prejudice resulting from failure to call the victim's sister and mother as witnesses. *Id.* at 2.

The Court also addressed Petitioner's contention that the failure to cross examine William Kemp constitutes ineffective assistance of counsel, an argument raised for the first time in Petitioner's reply brief. *Id.* at 2-3. The Court held that this claim was not properly before the Court and was unexhausted and that Petitioner would be procedurally barred from raising the claim in state court. *Id.* The Court also addressed the claim on its merits, concluding that Petitioner failed to offer any evidence that Mr. Kemp had a restraining order against the victim. The Court therefore found Petitioner's objections to be without merit and concluded that dismissal of the petition was proper. *Id.* at 3. Petitioner now seeks a certificate of appealability. Dkt. 23.

## II. DISCUSSION

Under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b), a petitioner may not appeal the final order in a habeas corpus proceeding in which the detention complained of arises out of a state court proceeding or in a proceeding under 28 U.S.C. § 2255 unless the district court or the Ninth Circuit issues a certificate of appealability identifying the particular issues that may be pursued on appeal. *United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997).

To obtain a certificate of appealability, a petitioner must make a substantial showing of the denial of a constitutional right. A petitioner must also demonstrate that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When the denial is based on procedural grounds, a petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. *Id.*

Having reviewed the record in this case, including the Report and Recommendation (Dkt. 19), Petitioner's objections thereto (Dkt. 20), and the Court's subsequent order dismissing the habeas corpus petition (Dkt. 21), the Court finds that the determination that the state court decision is not contrary to or an unreasonable application of clearly established federal law is not debatable among reasonable jurists. Therefore, the Court declines to issue Petitioner a certificate of appealability.

### III. ORDER

Therefore, it is hereby

**ORDERED** that Petitioner's motion for certificate of appealability (Dkt. 23) is **DENIED**.

DATED this 22nd day of August, 2008.

BENJAMIN H. SETTLE
United States District Judge